CITRIX SYSTEMS, INC., Appellant,

v.

01 COMMUNIQUE LABORATORY, INC., Appellee.

No. 2014–1240.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2014.

Douglas J. Kline, Goodwin Procter LLP, of Boston, MA, argued for appellant. With him on the brief were Kenneth E. Radcliffe; and Jennifer A. Albert and William M. Jay, of Washington, DC.

Kenneth J. Sheehan, Baker & Hostetler LLP, of Washington, DC, argued for appellee. With him on the brief was Shawnna M. Yashar.

PROST, Chief Judge, BRYSON and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.